

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STATE OF NORTH CAROLINA § | |
| Plaintiff-Respondent § | |
| § | |
| v. § | Case No. 3:25-cv-533-GCM |
| § | |
| § | |
| Durand-Marquis: Stanback § | |
| Defendant-Petitioner § | |

NOTICE OF REMOVAL UNDER 28 U.S.C. § 1442

NOW COMES Durand-Marquis: Stanback, by special appearance and without waiver of any rights, and respectfully files this Notice of Removal under 28 U.S.C. § 1442, removing the above-captioned state prosecution from the General Court of Justice – Superior Court Division, Mecklenburg County to the United States District Court for the Western District of North Carolina, and states as follows:

I. GROUNDS FOR REMOVAL

1. The Removing Party is named as the defendant in Mecklenburg County criminal case number 24CR344163-590, a prosecution initiated by the State of North Carolina.

2. This Notice is timely and proper under 28 U.S.C. § 1446(b), as no final judgment has been entered in the state case.

3. Removal is authorized by 28 U.S.C. § 1442(a)(1) because the Removing Party is acting under color of federal law and asserting a federal defense. Specifically:

    - The Removing Party has filed and served the following unrebutted affidavits in state court:

        - Affidavit of Reservation of Rights

        - Notice of Special Appearance

        - Writ in the Nature of Quo Warranto

        - Writ in the Nature of Discovery

        - Motion to Dismiss based on due process violations and ultra vires conduct

    - These filings assert protected constitutional rights under the First, Fifth, Sixth, and Fourteenth Amendments, and the Uniform Commercial Code.

4. The state court failed to rebut or respond to any of the above affidavits within 21 days, resulting in tacit acquiescence and default under common law contract and notice principles.

5. The Removing Party has a colorable federal defense, including:

    - Denial of due process and fair hearing,

    - Lack of subject-matter jurisdiction in state court,

- Prosecutorial abuse and conflict of interest,

- Violation of federally protected rights through ultra vires acts,

- Use of statutory charges unsupported by verified injured party or contract.

6. The addition of new charges by the prosecution after unrebutted affidavits and pending motions were on record constitutes bad faith and procedural ambush, further supporting the need for federal oversight.

## II. VENUE

7. Venue is proper in the Western District of North Carolina, Charlotte Division, because the underlying state action arose in Mecklenburg County.

## III. STATE COURT DOCUMENTS

8. Attached hereto are copies of all significant pleadings and filings from the state court proceedings, including:

- Affidavit of Reservation of Rights

- Notice of Special Appearance

- Writ of Quo Warranto

- Writ of Discovery

- Motion to Dismiss

- Any additional orders or notices filed by the State or Court

## IV. REQUEST FOR RELIEF

9. The Removing Party respectfully requests:

    - That this Court docket this removal as a civil matter under 28 U.S.C. § 1442,

    - That the state court take no further action until this Court determines jurisdiction,

    - That this Court review and accept the removal on the basis of the unrebutted record and constitutional violations.

## V. CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Verified Notice of Removal under 28 U.S.C. § 1442, along with all accompanying exhibits and filings, has been served via Certified Mail with return receipt requested on the following parties:

1. Clerk of Court

    Mecklenburg County Superior Court

    832 E 4th Street

    Charlotte, NC 28202

2. Emily Koll, Assistant District Attorney

    Mecklenburg County District Attorney's Office

    700 E Trade Street

    Charlotte, NC 28202

Service was deposited in the United States Mail on this 14th day of July, 2025.

## VI. VERIFICATION

I, Durand-Marquis: Stanback, certify under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on this 14th day of July, 2025.

_____

Durand-Marquis: Stanback

Removing Party, sui juris